**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CATHERINE L. ABEL                                                        Plaintiff

v.                                  4:08CV01413 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                 Defendant

### ORDER

Defendant has filed an unopposed motion to remand.  Defendant offers, for good cause, that he desires to have the case remanded because a number of exhibits cannot be located and, therefore, he cannot produce a complete transcript.  Defendant will continue to search for the missing exhibits and/or reconstruct them.  If unsuccessful, the Appeals Council indicates they will grant Plaintiff an opportunity for a new hearing.

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . .

42 U.S.C. § 405(g) (1995).

Under the circumstances, there is good cause shown, and a remand is proper.  The motion of the Defendant (docket #7) is hereby granted, and this case is remanded to the Commissioner.  This is a "sentence six" remand.  The Clerk is directed to administratively

close this file.

IT IS SO ORDERED.

DATED this 10th day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE