# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CATHERINE L. ABEL                                             PLAINTIFF

V.                      NO. 4:08CV01413 JTR

MICHAEL J. ASTRUE,                                   DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 16th DAY OF May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE